JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK WILSON KING, | ) | Case No.: CV06-01216 FMC (SSx) |
| Plaintiff in pro se, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF LEROY D. BACA, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CAPTAIN ROD PENNER, ZOLONI (First Name Unknown), M.D., and DOES 1 through 100, Inclusive, | ) ) ) ) ) ) ) | [~~PROPOSED~~] JUDGMENT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This matter came on for determination by this Court on January 24, 2008, the Honorable Florence-Marie Cooper, District Judge Presiding, on a motion for summary judgment or alternatively, partial summary judgment, by defendants County of Los Angeles, County of Los Angeles Sheriff's Department, Sheriff Leroy D. Baca, Captain Rod Penner, and Parvaneh Zolnouni, M.D. (collectively "defendants") on the complaint of plaintiff Mark Wilson King ("plaintiff").

The evidence presented in support of, and in opposition to, defendants' motion having been fully considered, the issues having been duly heard, and a decision having been duly rendered by this Court,

1

IT IS ORDERED AND ADJUDGED:

1.     That plaintiff Mark Wilson King take nothing by way of any of his claims against defendant Parvaneh Zolnouni, M.D.;

2.     That plaintiff Mark Wilson King take nothing by way of his 42 U.S.C. § 1983 claims against defendants County of Los Angeles, County of Los Angeles Sheriff's Department, Sheriff Leroy D. Baca, and Captain Rod Penner;

3.     That plaintiff's 42 U.S.C.§ 1983 claims be, and hereby are, dismissed as to all defendants; and

4.     That defendants recover their costs of suit.

Dated: January <u>31</u>, 2008

_____
The Honorable Florence-Marie Cooper
United States District Court Judge